IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHAWATTA COLEMAN | § § | CIVIL ACTION NO. 3:23-CV-00333 |
| VS. | § § § § | |
| WALMART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

**NOTICE OF SETTLEMENT**

Plaintiff, Chawatta Coleman, and Defendant, Wal-Mart Stores Texas, LLC, (collectively the "Parties"), jointly file this Notice of Settlement and show:

**I.**

The Parties submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 60-day conditional order staying all deadlines. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. The stay will allow the Parties time to complete the settlement process.

**II.**

The settlement by the Parties was accomplished by direct negotiation. The settlement includes all remaining Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, including a settlement, release, and indemnity agreement by Plaintiff, and timely payment of the settlement funds to Plaintiff and her counsel by Walmart, the case is to be dismissed with prejudice with Plaintiff filing a nonsuit with prejudice. All costs will be paid by Parties incurring same.

## III.

WHEREFORE, the parties pray that this Court enter a 60-day conditional order staying case deadlines in anticipation of the final settlement being completed.

        Respectfully submitted,

        LAW OFFICE OF JOSEPH K. PLUMBAR

        */s/ Joseph K. Plumbar*
        Joseph K. Plumbar
        State Bar No. 24062331
        1200 Rothwell St.
        Houston, Texas 77002
        Phone: (713) 384-5507
        Fax: (866) 252-3048
        jplumbar@plumbarlaw.com
        ATTORNEY FOR PLAINTIFF

and

        BUSH + RAMIREZ, PLLC

        */s/ Patrick D. Sears, Jr.*
        John A. Ramirez
        State Bar No. 00798450
        Federal ID No. 21280
        Patrick D. Sears, Jr.
        State Bar No. 24123871
        Federal ID No. 3878471
        5615 Kirby Drive, Suite 900
        Houston, Texas 77005
        Telephone: (713) 626-1555
        Facsimile: (713) 622-8077
        jramirez.atty@bushramirez.com
        psears.atty@bushramirez.com
        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of August 2024, I electronically filed the foregoing. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

                                                */s/ Patrick D. Sears, Jr.*
                                                John A. Ramirez|Patrick D. Sears, Jr.