UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHAWATTA COLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-333 |
| | § | |
| WALMART STORES TEXAS, LLC, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

The parties have advised the court that they have reached a settlement. Dkt. 18. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, November 4, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, November 4, 2024.

Signed on Galveston Island this 3rd day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE